# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,　: No. 561 EAL 2014
:
Respondent　:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v.　:
:
:
:
DARRELL  JOHNSON,　:
:
Petitioner　:

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.